UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO: 3:10-CV-00641

JEREMY WILLIAMS                                                                                  PETITIONER

V.

CLARK TAYLOR                                                                                      WARDEN

**MEMORANDUM OPINION AND ORDER**

Petitioner has filed a writ of habeas corpus (DN 1). Magistrate Judge Whalin has filed a thorough and thoughtful Report and Recommendation (DN 19). Petitioner has filed objections, which largely rehash his original arguments (DN 20).

This Court has conducted a *de novo* review of the evidence and the law and concluded that there is no merit to Petitioner's objections. **IT IS THEREFORE ORDERED** that the writ of habeas corpus is **DENIED** and the Report and Recommendation is adopted in full.

A Certificate of Appealability is DENIED.

Because this brings the case to its final disposition, all other remaining motions are **DENIED AS MOOT.**

IT IS SO ORDERED.


cc:     Parties
           Counsel